# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

FILED
NOV 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
  )
v.  )
  )   Case No.   6:16MJ00085-SAB
YALITZA NANNETTE MONTEIL,  )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before:   U.S. District Court, Yosemite on January 24, 2017 at 10:00 AM before Magistrate Judge Michael J. Seng
*Place*

(5) Pending further Order of this Court, the defendant shall not have contact with victim, Robert Cespedes, directly or in-directly, though mail, any electronic means, phone or via third party until further Order of this Court.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 11/14/2016

_____
*Defendant's signature*

Date: 11/14/16

_____
*Judicial Officer's Signature*

Magistrate Judge Michael J. Seng
*Printed name and title*