HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
YALITZA MONTIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00085-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE AND SET** |
| vs. | ) **FOR PLEA AND SENTENCING; ORDER** |
| YALITZA MONTIEL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Yalitza Montiel, that the Court continue the September 7, 2017 trial in the above matter to October 18, 2017 for plea and sentencing.

The parties have reached a resolution in this matter and are requesting that the matter be continued and set for plea and sentencing on October 18, 2017.

//

//

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: September 6, 2017 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 6, 2017 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>YALITZA MONTIEL |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the September 7, 2017 trial date for Yalitza Montiel, Case No. 6:16-mj-00085-MJS, is vacated and the matter is set for entering of a guilty plea and sentencing on October 18, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 7, 2017            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

Montiel – Stipulation to Continue
    and Set for Plea and Setencing