1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
YALITZA MONTIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00085-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE AND SET** |
|  | ) **FOR PLEA AND SENTENCING; ORDER** |
| vs. | ) |
| YALITZA MONTIEL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Yalitza Montiel, that the Court continue the October 18, 2017 hearing to November 8, 2017 for plea and sentencing.

Ms. Montiel is currently working in Oregon and requests that she be permitted to appear via video. However, the closest courthouse, located in Medford, Oregon, is unavailable on October 18, 2017. Accordingly, the parties request that the matter be continued and set for plea and sentencing on November 8, 2017.

//

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| | Date: October 10, 2017 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: October 10, 2017 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>YALITZA MONTIEL |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 18, 2017 hearing in Case No. 6:16-mj-00085-MJS, is continued to November 8, 2017, at 10:00 a.m. for plea and sentencing.

IT IS SO ORDERED.

Dated: October 10, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Montiel: Stipulation to Continue