| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
YALITZA MONTIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 6:16-mj-00085-MJS
)
    Plaintiff, ) **STIPULATION TO CONTINUE AND SET**
) **FOR PLEA AND SENTENCING; ORDER**
vs. )
)
YALITZA MONTIEL, )
)
    Defendant. )

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Yalitza Montiel, that the Court continue the November 8, 2017 hearing to November 28, 2017 for plea and sentencing.

Ms. Montiel recently lost her job and lodging, and she is unable to travel to court on November 8, 2017. Accordingly, the parties request that the matter be continued and set for plea and sentencing on November 28, 2017.

//

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 6, 2017        /s/ Susan St. Vincent
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: November 6, 2017        /s/ Hope Alley
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              YALITZA MONTIEL

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 8, 2017 hearing for Yalitza Montiel, Case No. 6:16-mj-00085-MJS, is continued to November 28, 2017, at 10:00 a.m. for plea and sentencing.

IT IS SO ORDERED.

Dated:   November 6, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Montiel:  Stipulation to Continue