HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
YALITZA N. MONTIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-MJ-0085-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING PROBATION AND VACATING REVIEW HEARING AND SCHEDULING NEW REVIEW HEARING |
| v. | |
| YALITZA A. MONTIEL, | |
| Defendant. | DATE: November 27, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Yalitza A. Montiel, that Ms. Montiel's probation be extended one year. Her current end of probation is November 28, 2018. The parties stipulate that this be extended until November 28, 2019. This is to allow Ms. Montiel to complete her conditions of probation, in particular the classes.

Further, the parties stipulate that the Court vacate the November 27, 2018 review hearing and reschedule it for October 22, 2019.

DATED: November 20, 2018            Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ David Harshaw*

-1-

| | |
|---|---|
| | DAVID HARSHAW<br>Assistant Federal Defender |
| | Attorneys for Yalitza A. Montiel |
| DATED: November 20, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |

## ORDER

The court accepts the above stipulation in Case No. 6:16-MJ-0085-JDP and adopts its terms as the order of this court. The defendant Yalitza A. Montiel's probation is extended until November 28, 2019. She shall comply with all previous orders of this court and must complete her conditions of probation by the next review hearing. The November 27, 2018 review hearing for Ms. Montiel is vacated and continued to October 22, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 21, 2018

UNITED STATES MAGISTRATE JUDGE